# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00759-CR

**Stephen Walker, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT
NO. D-1-DC-10-300501, HONORABLE MICHAEL LYNCH, JUDGE PRESIDING**

## M E M O R A N D U M  O P I N I O N

Appellant Stephen Walker was convicted of sexual assault of a child after entering a plea of guilty. Walker now seeks to appeal the judgment of conviction. The trial court has certified that Walker waived his right of appeal. As a result, the appeal is dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Patterson and Henson

Dismissed for Want of Jurisdiction

Filed: December 17, 2010

Do Not Publish